## CASE ANNOUNCEMENTS

*December 5, 2013*

[Cite as *12/05/2013 Case Announcements*, 2013-Ohio-5313.]

## MOTION AND PROCEDURAL RULINGS

**2013–1668.   State ex rel. Cleveland Right to Life, Inc. v. State of Ohio Controlling Bd.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition.

Upon consideration of the motion for admission pro hac vice of Iris Y. Gonzalez, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

## MISCELLANEOUS DISMISSALS